IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALAN MALKO, #2036749 | § | |
| | § | |
| VS. | § | CIVIL ACTION NOS. 4:17cv854, 4:17cv855 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil actions were referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration. No objections have been timely filed. After reviewing the Report and Recommendation, the court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

Accordingly, it is **ORDERED** that the petitions for writ of habeas corpus are **DISMISSED** without prejudice.

It is further **ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 5th day of February, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE